**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Angel Pacheco, ) | No. CIV 05-3664-PHX-ROS (GEE) |
| Plaintiff, ) | **REPORT AND RECOMMENDATION** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

On November 15, 2005, the plaintiff filed a complaint in this court claiming his constitutional rights are being violated by his conditions of confinement. On January 3, 2006, this court screened the complaint and ordered commencement of service. Service packets were sent to the plaintiff for processing. The court specifically warned the plaintiff he must complete service within 60 days of the filing of the screening order or within the 120-day time limit allowed by FED.R.CIV.P. 4(m), whichever is later. *See* LRCiv. 16.2(b)(2)(B)(i). The plaintiff was explicitly warned failure to accomplish timely service could result in dismissal of the action. The time limits have passed, but service has not been completed.

On March 23, 2006, this court issued the plaintiff an order to show cause why this case should not be dismissed. The plaintiff did not file a response.

Recommendation

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DISMISSING this action for failure to prosecute.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this report and recommendation.   If objections are not timely filed, the party's right to de novo review may be waived. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert. denied*, 540 U.S. 900 (2003).

The Clerk is directed to send a copy of this report and recommendation to all parties.

DATED this 12th day of April, 2006.

_____
Glenda E. Edmonds
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28