IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Angel Pacheco, | No.05-3664-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

On November 15, 2005 Plaintiff, who was at that time incarcerated at the Durango Jail, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 (Doc. #1). On April 12, 2006, Magistrate Judge Edmonds issued a Report and Recommendation ("R&R") recommending that the Complaint be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. #6). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection."  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).  No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #6) is **ADOPTED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 15th day of June, 2006.

_____
Roslyn O. Silver
United States District Judge